# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCUS STROUD,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:22-cv-0515 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN USP LEWISBURG,** | : | |
| *et al.*, | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 25th day of May 2022, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff Marcus Stroud's motion for leave to proceed *in forma pauperis* (Doc. No. 7) is **GRANTED**.

2. Stroud's complaint (Doc. No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted, as follows:

    a. Stroud's equal protection claims are **DISMISSED** with prejudice.

    b. All other claims are **DISMISSED** without prejudice.

3. Stroud may file an amended complaint in conformity with the accompanying Memorandum by no later than <u>June 17, 2022</u>. If no amended complaint is timely filed, this case will be closed.

                                                   s/ Sylvia H. Rambo
                                                   United States District Judge